# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**HEATH BANKS**                                        **PLAINTIFF**

v.                          **Case No. 3:10-cv-8-DPM**

**UNITED STATES OF AMERICA**                    **DEFENDANT**

## ORDER

The Court needs clarification about Banks's recent motion, *Document No. 14.* If the Court dismisses without prejudice, Banks's claims may be barred by the statute of limitations. Banks's request for one year to re-file cannot be guaranteed by the Court. *Victor Foods, Inc. v. Crossroads Economic Development of St. Charles County, Inc.,* 977 F.2d 1224, 1227 (8th Cir. 1992). Does Banks wish to go forward with his motion nonetheless? Counsel should consult with Banks and file his answer to this question by 28 July 2011.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 July 2011