IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HEATH BANKS**                                                                                                  **PLAINTIFF**

v.                                          Case No. 3:10-cv-8-DPM

**UNITED STATES OF AMERICA**                                                          **DEFENDANT**

ORDER

Banks has not responded to the Court's request for clarification, *Document No. 15*, of Banks's motion to dismiss without prejudice.  Motion, *Document No. 14*, granted with one clarification: the Court cannot guarantee Banks's right to re-file his case; this is a matter of applicable law on limitations.  Case dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 August 2011