IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HEATH BANKS                                                              PLAINTIFF

v.                              Case No. 3:10-cv-8-DPM

UNITED STATES OF AMERICA                                    DEFENDANT

JUDGMENT

Banks's complaint, *Document No. 1*, is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 August 2011